John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
jbraster@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORTEZ BRAHAM, JR., | Case No. 3:25-cv-00253-MMD-CSD |
| Plaintiff, | |
| v. | **DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION AND PLAINTIFF CORTEZ BRAHAM, JR.'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

Defendant National Collegiate Athletic Association ("NCAA") and Plaintiff Cortez Braham, Jr., by and through their respective counsel of record, hereby submit this stipulation to extend the time for NCAA to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1 to seven days after the Court enters an order on Plaintiff's motion for a preliminary injunction (ECF No. 8).

Plaintiff filed his complaint on May 27, 2025, and currently NCAA's responsive pleading is due June 20, 2025. (ECF No. 1). Plaintiff has also filed an Emergency Motion for Temporary Restraining Order (TRO) and/or Preliminary Injunction, which is pending. (ECF No. 8).

The parties agree on the efficiencies of resolving Plaintiff's motion before turning to the pleadings, which will likely involve additional motion practice. Accordingly, Plaintiff and NCAA stipulate that NCAA shall have until seven days after the Court enters an order on Plaintiff's motion for a preliminary injunction to respond to the Complaint.

Dated: June 20, 2025

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorneys for National Collegiate Athletic Association*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Brandon D. Wright*
Brandon D. Wright
Nevada Bar No. 13286
5555 Kietzke Lane, Suite 200
Reno, NV 89511

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this ___ day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE