John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
jbraster@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORTEZ BRAHAM, JR., | Case No. 3:25-cv-00253-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION AND PLAINTIFF CORTEZ BRAHAM, JR.'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

Defendant National Collegiate Athletic Association ("NCAA") and Plaintiff Cortez Braham, Jr., by and through their respective counsel of record, hereby submit this stipulation to extend the time for NCAA to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1 to seven days after the Court enters an order on Plaintiff's motion for a preliminary injunction (ECF No. 8).

Plaintiff filed his complaint on May 27, 2025, and currently NCAA's responsive pleading is due June 20, 2025.  (ECF No. 1).  Plaintiff has also filed an Emergency Motion for Temporary Restraining Order (TRO) and/or Preliminary Injunction, which is pending.  (ECF No. 8).

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

The parties agree on the efficiencies of resolving Plaintiff's motion before turning to the pleadings, which will likely involve additional motion practice. Accordingly, Plaintiff and NCAA stipulate that NCAA shall have until seven days after the Court enters an order on Plaintiff's motion for a preliminary injunction to respond to the Complaint.

Dated: June 20, 2025

| | |
|---|---|
| NAYLOR & BRASTER | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: */s/ Jennifer L. Braster* <br> John M. Naylor <br> Nevada Bar No. 5435 <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> 10100 W. Charleston Blvd., Suite 120 <br> Las Vegas, NV 89135 <br><br> *Attorneys for National Collegiate Athletic Association* | By: */s/ Brandon D. Wright* <br> Brandon D. Wright <br> Nevada Bar No. 13286 <br> 5555 Kietzke Lane, Suite 200 <br> Reno, NV 89511 <br><br> *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

Dated this <u>23rd</u> day of June 2025.

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2